UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Daniel ROSARIO,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MOUNTAIN TOP MARKET, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 22-cv-0519-H-AGS<br><br>**REPORT AND RECOMMENDATION THAT THE CASE BE DISMISSED FOR FAILURE TO PROSECUTE AND AS A CONTEMPT SANCTION** |
|---|---|

On September 27, 2022, this Court ordered plaintiff to show cause why he (1) failed to provide Early Neutral Evaluation briefing as ordered and (2) did not participate in the joint discovery plan. (*See* ECF 23.) The Court required a written response to the order to show cause by October 11, 2022. (*Id.*) The Court warned plaintiff that "failure to respond may result in a recommendation that this case be dismissed as a sanction and for failure to prosecute." (*Id.*) The October 11, 2022 deadline passed, and plaintiff has not responded.

So, the Court recommends that the case be **DISMISSED** without prejudice for failure to prosecute and as a sanction for repeatedly violating Court orders. By October 26, 2022, the parties must file any objections to this report. *See* 28 U.S.C. § 636(b)(1). The party receiving any such objection has 14 days to file any response. *See* Fed. R. Civ. P. 72(b)(2).

Dated: October 12, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge